FILED

2007 APR 17  PM 4: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )          No. 01 CR 1914-R
          Plaintiff,          )          ORDER
          v.          )
JASON CAMILLI,          )
          Defendant.          )

GOOD CAUSE APPEARING, it is hereby, ordered that supervised release for Defendant Jason Camilli is terminated.

Dated: 4/11/07

Honorable John S. Rhoades
Senior United States District Court Judge